## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK)
      ss.:
COUNTY OF SUFFOLK)

    **Jeannie Rasco,** being duly sworn deposes and says: deponent is over the age of 18 years, not a party to this action, and is associated with the Suffolk County Attorney's Office. That on the 7th day of June, 2012, deponent served the within **Civil Docket Report for Case #: 2:12-cv-02196-JS-ETB in the matter of Maria Collazo v The County of Suffolk, New York, et al.** on the person(s) hereinafter named, by depositing a true copy thereof, enclosed in a postage paid, properly addressed wrapper(s), in an official depository under the exclusive care of the United States Postal Service within the State of New York.

    Maria Collazo,
    41 Brookrun Drive
    Medford, NY 11763

                                                   _____
                                                   Jeannie Rasco

Sworn to before me this
7th day of June, 2012
_____
Notary Public
*Drew W. Schirmer*
*Notary Public, State of New York*
*No. 4834744*
*Qualified in Suffolk County*
*Commission Expires May 31, 2015*